```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 08787
   VINCENT T GORDON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-0077


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 05/14/2007 and was not confirmed.

      The case was dismissed without confirmation 08/06/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
PUBLIC STORAGE INC         UNSECURED       NOT FILED          .00          .00
ASSET ACCEPTANCE LLC       UNSECURED          953.12          .00          .00
CAPITAL ONE                UNSECURED       NOT FILED          .00          .00
CHECK INTO CASH            UNSECURED       NOT FILED          .00          .00
CITY OF CHICAGO PARKING    UNSECURED         3735.00          .00          .00
HSBC NV                    UNSECURED       NOT FILED          .00          .00
JEFFERSON CAPITAL SYSTEM   UNSECURED         1010.89          .00          .00
DIRECTV INC                UNSECURED       NOT FILED          .00          .00
NICOR GAS                  UNSECURED       NOT FILED          .00          .00
ATT                        UNSECURED       NOT FILED          .00          .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY       3,334.00                      .00
TOM VAUGHN                 TRUSTEE                                         .00
DEBTOR REFUND              REFUND                                          .00

      Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                      .00

PRIORITY                                            .00
SECURED                                             .00
UNSECURED                                           .00
ADMINISTRATIVE                                      .00
TRUSTEE COMPENSATION                                .00
DEBTOR REFUND                                       .00
                        ---------------     ---------------
TOTALS                       .00                    .00




            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 07 B 08787 VINCENT T GORDON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 12/03/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```